PROB 12C
(7/93)

Report Date: January 8, 2016

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 08 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patrick Thomas Boam                Case Number: 0980 2:08CR00053-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 18, 2008

| | |
|---|---|
| Original Offense: | Stealing Firearms from the Premises of a Licensed Firearms Dealer, 18 U.S.C. § 922(u) |
| Original Sentence: | Prison 90 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington |
| Date Supervision Commenced: | April 3, 2015 |
| Defense Attorney: | Steve Hormel |
| Date Supervision Expires: | April 2, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1           **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

            **Supporting Evidence**: Patrick Boam is considered in violation of his conditions of supervised release by using marijuana on or about September 21, 2015.

            Mr. Boam reported to the United States Probation Office on October 1, 2015. During this meeting, he admitted to smoking marijuana and signed a drug use admission form.

2           **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Patrick Boam is considered in violation of his conditions of supervised release by using marijuana and opiates on or about October 28, 2015.

Mr. Boam reported to First Step Community Counseling Services on October 28, 2015, and provided a UA which tested positive for THC (marijuana) and opiates. The sample was sent to Alere Laboratories for confirmation. On November 2, 2015, confirmation was received from Alere Laboratories that the UA sample provided was a dilute specimen.

The offender also reported to the United States Probation Office on October 28, 2015, and admitted to his supervising probation officer that he had been using marijuana and heroin up until October 27, 2015.

3     **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Patrick Boam is considered in violation of his conditions of supervised release by using marijuana and heroin on or about November 29, 2015.

Mr. Boam reported to the United States Probation Office on December 1, 2015. During this meeting, he admitted to using heroin and marijuana on November 29, 2015, and signed a drug use admission form.

4     **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Patrick Boam is considered in violation of his conditions of supervised release by using heroin on or about January 8, 2015.

Mr. Boam reported to the United States Probation Office on January 8, 2015. He was directed to provide a UA for testing. Mr. Boam was observed wearing a device to alter a UA test, which was confiscated and put into evidence. When questioned about using controlled substances, Mr. Boam then admitted to using heroin in the early morning hours of January 8, 2015, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/08/2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer
John T. Rodgers
UNITED STATES MAGISTRATE JUDGE

Date 1-8-16